# EXHIBIT A

Copies of all process, pleadings, and orders <u>served upon Defendant Alphabet Holding Company, Inc.</u> in the lawsuit captioned *Gyulai v. Alphabet Holding Company, Inc., et al.*, Case No. 2014L006561, in the Circuit Court of Cook County, Illinois, Law Division.

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS**   (2-81) CCG-1 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator
of the Estate of DIANA GYULAI, deceased,                    )
                                                            )    2014L006561
                                                            )    CALENDAR/ROOM B
                                                            )    TIME 00:00
                   Plaintiffs,                              )    Product Liability
                                                            )    No.
         -vs-                                               )
                                                            )    Please serve:
ALPHABET HOLDING COMPANY, Inc.,                             )    **Alphabet Holding Company**
a Delaware Corporation d/b/a NATURE'S                       )    r/a Corporation Service Company
BOUNTY; NBTY, Inc., an Illinois Corporation,                )    2711 Centerville Rd Suite 400
individually and as agent of ALPHABET                       )    Wilmington, DE 19808
HOLDING COMPANY Inc. d/b/a NATURE'S                         )
BOUNTY; NBTY MANUFACTURING, LLC, an                         )
Illinois  Corporation, individually and as agent of        )
ALPHABET HOLDING COMPANY, INC., a                           )
Delaware Corporation d/b/a NATURE'S BOUNTY,                 )
                                                            )
                   Defendants.                              )

**SUMMONS**

To each defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS..... **DOROTHY BROWN**
**CLERK OF CIRCUIT COURT** 2014

JUN 19 2014

*Clerk of Court*
SEAL

| | |
|---|---|
| Atty No. 30900 | |
| Name THE DERATANY FIRM | Date of service.............2014 |
| Attorneys for Plaintiff | (to be inserted by officer on copy |
| Address 221 N LaSalle Street, Suite 2200 | left with defendant or other person) |
| City Chicago, Illinois 60601 | |
| Telephone (312) 857-7285 | |

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS    (2-81) CCG-1 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator
of the Estate of DIANA GYULAI, deceased,          )
                                        )
                                        )
                       Plaintiffs,         )
                                          )
     -vs-                      )
                                          )
ALPHABET HOLDING COMPANY, Inc.,          )
a Delaware Corporation d/b/a NATURE'S          )
BOUNTY; NBTY, Inc., an Illinois Corporation,          )
individually and as agent of ALPHABET          )
HOLDING COMPANY Inc. d/b/a NATURE'S          )
BOUNTY; NBTY MANUFACTURING, LLC, an          )
Illinois  Corporation, individually and as agent of          )
ALPHABET HOLDING COMPANY, INC., a          )
Delaware Corporation d/b/a NATURE'S BOUNTY,          )
                                          )
                    Defendants.    )

**2014L006561**
**CALENDAR/ROOM B**
**TIME 00:00**
**Product Liability**

No.

Please serve:
**Alphabet Holding Company**
r/a Corporation Service Company
2711 Centerville Rd Suite 400
Wilmington, DE 19808

IN SHERIFF'S HANDS
NEW CASTLE COUNTY
2014 JUN 20  PM 2: 02

### SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS.................................2014

JUN 19 2014                    DOROTHY BROWN
                           CLERK OF COUNTY COURT
                               Clerk of Court

Atty No. 30900
Name THE DERATANY FIRM
Attorneys for Plaintiff
Address 221 N LaSalle Street, Suite 2200
City Chicago, Illinois 60601
Telephone (312) 857-7285

Date of service.................................2014
(to be inserted by officer on copy
left with defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | (2-81) CCG-1 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator
of the Estate of DIANA GYULAI, deceased,

             Plaintiffs,

    -vs-

ALPHABET HOLDING COMPANY, Inc.,
a Delaware Corporation d/b/a NATURE'S
BOUNTY; NBTY, Inc., an Illinois Corporation,
individually and as agent of ALPHABET
HOLDING COMPANY Inc. d/b/a NATURE'S
BOUNTY; NBTY MANUFACTURING, LLC, an
Illinois Corporation, individually and as agent of
ALPHABET HOLDING COMPANY, INC., a
Delaware Corporation d/b/a NATURE'S BOUNTY,

             Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2014L006561
CALENDAR/ROOM B
TIME 00:00
Product Liability

No.

Please serve:
**Alphabet Holding Company**
r/a Corporation Service Company
2711 Centerville Rd Suite 400
Wilmington, DE 19808

2014 JUN 20 PM 2:02

IN SHERIFF'S HANDS
NEW CASTLE COUNTY

## SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS     **DOROTHY BROWN**
                **CLERK OF CIRCUIT COURT**
JUN 19 2014

Clerk of Court

(SEAL)

Atty No. 30900
Name THE DERATANY FIRM
Attorneys for Plaintiff
Address 221 N LaSalle Street, Suite 2200
City Chicago, Illinois 60601
Telephone (312) 857-7285

Date of service....................2014
(to be inserted by officer on copy
left with defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

|  |  |  |
|---|---|---|
| IOAN GYULAI, as special administrator of the Estate of DIANA GYULAI, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. |
| -vs- | ) ) | |
| ALPHABET HOLDING COMPANY, Inc., a Delaware Corporation d/b/a NATURE'S BOUNTY; NBTY, Inc., an Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY Inc. d/b/a NATURE'S BOUNTY; NBTY MANUFACTURING, LLC, an Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY, INC., a Delaware Corporation d/b/a NATURE'S BOUNTY,) | ) ) ) ) ) ) ) ) ) ) ) ) | 2014L006561 CALENDAR/ROOM B TIME 00:00 Product Liability |
| Defendants. | ) ) | |

**COMPLAINT AT LAW**

Now Comes the plaintiff, IOAN GYULAI, as special administrator of the estate of

DIANA GYULAI, deceased and complaining of the defendant, ALPHABET HOLDING

COMPANY, Inc., a Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc.; NBTY, Inc., an

Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY, Inc., a

Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc.; NBTY MANUFACTURING, LLC,

an Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY, Inc.,

a Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc, states as follows:

1.      At all relevant times the defendants, ALPHABET HOLDING COMPANY, INC.

d/b/a NATURE'S BOUNTY (hereinafter NATURE'S BOUNTY) was a Delaware

Corporation with its principal place of business in Ronkonoma, New York, and was the direct

parent of NBTY, Inc., an Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY, Inc., a Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc.; NBTY MANUFACTURING, LLC, an Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY, Inc., a Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc, which sold and distributed throughout the world, vitamins and health supplements to the public at large.

2.    That at all relevant times NATURE'S BOUNTY manufactured, sold and distributed throughout the United States a product commonly known and sold under the name of "Complete PMS Support Complex."

3.    That said product was marketed as a supplement to aid in the reduction of symptoms known to be associated with "premenstrual syndrome" (PMS).

4.    That said product contains among other compounds, borage oil.

5.    That borage oil is known to lower the seizure threshold of individuals suffering from epilepsy and other seizure disorders and is commonly known to cause harmful interactions with anticonvulsant drugs.

6.    That at all relevant times the decedent, DIANA GYULAI, was suffering from seizure disorder for which she was medicated using anticonvulsant drugs.

7.    That on or about September 23, 2012, the decedent purchased a bottle of Complete PMS Support from a Walgreens Pharmacy (store # 4611) located in Glenview, Illinois.

8.    That at all relevant times the decedent began taking two capsules per day of the aforementioned product beginning on or about September 23, 2012.

9.    That on or about October 15, 2012, DIANA GYULAI was found dead at her residence located at 1104 Bette Lane, Glenview, Illinois.

10.    That the cause of death was determined to be secondary to a seizure.

11.    That at all relevant times the defendant, NATURE'S BOUNTY, had a duty of reasonable care to the plaintiff's decedent and the public at large in the design of Complete PMS Support Complex and a duty to warn of obvious and latent and potentially life threatening side effects.

12.    That the defendant breached that duty in one or more of the following ways:

    a.  Failed to provide an on label warning pertaining to the properties of borage oil's tendency to lower the seizure threshold for epileptics;

    b.  Failed to provide an on label interaction warning pertaining to borage oil's interactive properties with respect to anticonvulsant medications;

    c.  Designed, manufactured and distributed an unreasonably dangerous supplement.

13.    IOAN GYULAI is the duly appointed Special Adminstrator of the Estate of DIANA GYULAI Deceased, and this wrongful death action is brought on behalf of the Estate of DIANA GYULAI, pursuant to 740 ILCS 180/1 and 740 ILCS 180/2.

14.    That on or about October 15, 2012, DIANA GYULAI left surviving her:

        IOAN GYULAI     *father*

        ANA GYULAI     *mother*

all of whom have suffered pecuniary loss, including grief and sorrow and loss of society as a result of DIANA GYULAI's death.

15.    That as a direct and proximate result of one or more of the foregoing acts or omissions, perpetrated on the part of the defendant, NATURE'S BOUNTY, DIANA GYULAI came to her death on October 15, 2012.

WHEREFORE, the Plaintiff, IOAN GYULAI, as special administrator of the estate of DIANA GYULAI prays for judgment against the Defendant, NATURE'S BOUNTY, for an amount in excess of the minimal jurisdictional limits of the Law Division of the Circuit Court of Cook County, Fifty Thousand Dollars ($50,000.00) plus the costs of this lawsuit.

Respectfully Submitted,

By: _____

One of the Attorneys for Plaintiff

THE DERATANY FIRM
221 N LaSalle Street
Suite 2200
Chicago, IL 60601
(312) 857-7285
Attorney No. 30900

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
                                             )
                                             )
                 Plaintiffs, )      No.
                                               )
      -vs-                              )
                                               )
ALPHABET HOLDING COMPANY, Inc., )
a Delaware Corporation d/b/a NATURE'S )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY,)
                                               )
                Defendants. )

## JURY DEMAND

     The undersigned demands trial by jury.

                                   THE DERATANY FIRM

                                   Attorney for Plaintiff

THE DERATANY FIRM
221 N. LaSalle Street, Suite 2200
Chicago, Illinois 60601
312-857-7285 ID No. 30900

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
                         )
                         )
        Plaintiffs,          )    No.
                         )
  -vs-                  )
                         )    2014L006561
ALPHABET HOLDING COMPANY, Inc., )   CALENDAR/ROOM B
a Delaware Corporation d/b/a NATURE'S )   TIME 00:00
BOUNTY; NBTY, Inc., an Illinois Corporation, )   Product Liability
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY,)
                         )
        Defendants.       )

## PETITION TO APPOINT SPECIAL ADMINISTRATOR FOR THE PURPOSE OF PURSUING A WRONGFUL DEATH ACTION

NOW COMES petitioner, Ioan Gyulai, and petitions, pursuant to 740 ILCS 180/2.1, to be appointed Special Administrator of the Estate of Diana Gyulai, deceased. In support thereof, petitioner states:

1.     Diana Gyulai died as a result of injuries sustained on October 15, 2012, allegedly as a result of the negligence of the above named defendants.

2.     Petitioner Ioan Gyulai is the father of decedent and is a person entitled to recover under the Wrongful Death Act.

3.     Decedent left surviving the following persons:

     a.    Ioan Gyulai  (father)

     b.    Ana Gyulai  (mother)

1

4.     The only asset of the decedent's estate is a cause of action against the above-named defendants arising under the Wrongful Death Act.

5.     No petition for letters of office of this estate has been filed.

6.     Upon appointment of petitioner as special administrator of decedent's estate, petitioner will ask leave to file a complaint at law under the Wrongful Death Act against the above named defendants.

7.     Petitioner is competent to act in the capacity of administrator and meets the criteria set forth in 755 ILCS 5/9-1.

8.     That the next of Kin in paragraph 3 are the only persons entitled to a recovery under the Wrongful Death Act.

9.     That Ioan Gyulai is one of Diana Gyulai's next of kin, and has volunteered to act as special administrator for Diana Gyulai's Estate, in the prosecution of the wrongful death action and the survived cause of action for damages to decedent's person. That Ana Gyulai, decedent's only other next of kin, has been given notice that Ioan Gyulai wishes to be appointed as Administrator of Diana Gyulai's Estate. There are no other heirs or legatees outside of those identified in paragraph 3.

WHEREFORE, petitioner prays that, after such notice to the party's heirs as the court directs, petitioner, Ioan Gyulai, be appointed Special Administrator of the Estate of Diana Gyulai, deceased, and that a wrongful death action be filed pursuant to 740 ILCS 180/2.1 under this court number.

2

Respectfully Submitted,

One of the Attorneys for Plaintiff

THE DERATANY FIRM
221 N. LaSalle Street, Suite 2200
Chicago, Illinois 60601
312-857-7285    ID No. 30900

## VERIFICATION PURSUANT TO SECTION 1-109

Under penalties as provided by law, pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies, as aforesaid, that he verily believes the same to be true.

Dated: 6-16-2014

Ioan Gyulai

Dated: 6-16-2014

Ana Gyulai

3

# COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
### MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

| STATE FILE NUMBER 2012 0077398 | MEDICAL EXAMINER'S CASE NUMBER 242 OCT 12 | DATE ISSUED 2/5/2014 |
|---|---|---|

| DECEDENT'S LEGAL NAME DIANA GYULAI | SEX FEMALE | DATE OF DEATH OCTOBER 15, 2012 |
|---|---|---|

| COUNTY OF DEATH COOK | AGE AT LAST BIRTHDAY REDACTED | DATE OF BIRTH REDACTED |
|---|---|---|

| CITY OR TOWN GLENVIEW | HOSPITAL OR OTHER INSTITUTION NAME 1104 BETTE LANE |
|---|---|

**PLACE OF DEATH** DECEDENT'S HOME

| BIRTHPLACE EVANSTON, IL | SOCIAL SECURITY NUMBER REDACTED | STATUS AT TIME OF DEATH NEVER MARRIED/NEVER IN CIVIL UNION | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? NO |
|---|---|---|---|---|

| RESIDENCE 1104 BETTE LANE | APT. NO. | CITY OR TOWN GLENVIEW | INSIDE CITY LIMITS? YES |
|---|---|---|---|

| COUNTY COOK | STATE IL | ZIP CODE 60025 | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION IOAN GYULAI | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION ANA HASA |
|---|---|---|---|---|

| INFORMANT'S NAME PEGGY SCHWARTZ | RELATIONSHIP MEDICAL RECORDS | MAILING ADDRESS 2121 W HARRISON, CHICAGO, IL, 60612 |
|---|---|---|

| METHOD OF DISPOSITION CREMATION | PLACE OF DISPOSITION NORTH SHORE CREMATION CARE, LLC | LOCATION - CITY OR TOWN AND STATE SKOKIE, IL | DATE OF DISPOSITION OCTOBER 22, 2012 |
|---|---|---|---|

**FUNERAL HOME** N.H. SCOTT & HANEKAMP, 1240 WAUKEGAN ROAD, GLENVIEW, IL, 60025

| FUNERAL DIRECTOR'S NAME ELIZABETH WALLER | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER REDACTED |
|---|---|

| LOCAL REGISTRAR'S NAME DAVID ORR | DATE FILED WITH LOCAL REGISTRAR DECEMBER 21, 2012 |
|---|---|

**CAUSE OF DEATH** PART I.

| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. SEIZURE DISORDER |
|---|---|
| | Due to (or as a consequence of): |
| | b. |
| | Due to (or as a consequence of): |
| | c. |
| | Due to (or as a consequence of): |
| | d. |

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

**PART II.** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| WAS AN AUTOPSY PERFORMED? YES |
|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? YES |

| FEMALE PREGNANCY STATUS UNKNOWN | MANNER OF DEATH NATURAL |
|---|---|

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|

**LOCATION OF INJURY**

| DESCRIBE HOW INJURY OCCURRED: | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED OCTOBER 15, 2012 | TIME OF DEATH 07:27 AM |
|---|---|---|---|---|

| CERTIFIER MEDICAL EXAMINER/CORONER | DATE CERTIFIED DECEMBER 21, 2012 |
|---|---|

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH STEPHEN J CINA, M.D., 2121 W HARRISON ST, CHICAGO, IL, 60612 | PHYSICIAN'S LICENSE NUMBER |
|---|---|

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.



David Orr
Cook County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

6/19/2014                                  The Deratany Firm Mail - Motion to Appoint Special Administrator

**THE DERATANY FIRM.**

## Motion to Appoint Special Administrator

**Megan O'Connor** <moconnor@lawinjury.com>                         Thu, Jun 19, 2014 at 9:46 AM
To: gyulai <gyulai@sbcglobal.net>

Mr. & Mrs. Gyulai:

I just wanted to update you to let you know that our Motion to Appoint Mr. Gyulai as Special Administrator, of Diana's Estate is up today at 11:30AM at the Daley Center in Room 2005. We will be appearing on your behalf; however, the Court requires that all heirs have notice of the hearing, so I am sending you this email to satisfy that requirement.

If you have any questions, please do not hesitate to contact me.

Best,

Megan

--
**Megan S. O'Connor**
*Attorney at Law*
The Deratany Firm
221 N. LaSalle Street
Suite 2200
Chicago, IL 60601

(p) 312.857.7285
(f) 312.857.2004

moconnor@lawinjury.com
http://www.lawinjury.com/team/megan-oconnor/

*All communications with clients are specifically protected under the attorney-client privilege. This e-mail may therefore be confidential and protected by legal privilege. If you are not the intended recipient, disclosure or distribution are prohibited, and we would ask that you please notify us immediately and delete this e-mail.*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator      )
of the Estate of DIANA GYULAI, deceased,   )
                                           )
                                           )
                                           )
            Plaintiffs,                     )        No.
                                           )
      -vs-                                  )        2014L006561
                                           )        CALENDAR/ROOM B
ALPHABET HOLDING COMPANY, Inc.,            )        TIME 00:00
a Delaware Corporation d/b/a NATURE'S      )        Product Liability
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET      )
HOLDING COMPANY Inc. d/b/a NATURE'S        )
BOUNTY; NBTY MANUFACTURING, LLC, an        )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a          )
Delaware Corporation d/b/a NATURE'S BOUNTY,) )
                                           )
            Defendants.                     )

## ORDER

THIS CAUSE COMING TO BE HEARD on Plaintiff, IOAN GYULAI, as Special
Administratrix of the Estate of DIANA GYULAI, Motion to Appoint IOAN GYULAI as Special
Administratrix of the Estate of DIANA GYULAI, due notice given to decedent's next of kin and the
court fully advised.

IT IS HEREBY ORDERED:

1.  Plaintiff's Motion is hereby granted, appointing IOAN GYULAI, as Special Administratrix
    of the Estate of DIANA GYULAI.

2.  Heirs and Legatees have been given notice.

                              ENTER: _____
                                          Judge              No.

                                      _____
                                          Date

DERATANY FIRM
Attorney for Plaintiff                    **Judge James P. Flannery, Jr.**
221 N. LaSalle
Suite 2200                                     JUN 19 2014
Chicago, IL 60601
(312) 857-7285                              Circuit Court – 1505
Attorney No. 30900

Copies of all process, pleadings, and orders <u>served upon Defendant NBTY, Inc.</u> in the lawsuit captioned *Gyulai v. Alphabet Holding Company, Inc., et al.*, Case No. 2014L006561, in the Circuit Court of Cook County, Illinois, Law Division.

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** (2-81) CCG-1 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
                                )
                                )
                Plaintiffs,          )   No.
                                )
    -vs-                            )
                                )
ALPHABET HOLDING COMPANY, Inc., )
a Delaware Corporation d/b/a NATURE'S )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY, )
                                )
                Defendants.       )

2014L006561
CALENDAR/ROOM B
TIME 00:00
Product Liability

Please serve:
NBTY, Inc.
r/a Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

## SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS......DOROTHY BROWN......2014
               CLERK OF CIRCUIT COURT

JUN 19 2014

Atty No. 30900
Name THE DERATANY FIRM                   Clerk of Court
Attorneys for Plaintiff                      Date of service......2014
Address 221 N LaSalle Street, Suite 2200       (to be inserted by officer on copy
City Chicago, Illinois 60601               left with defendant or other person)
Telephone (312) 857-7285

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | |
|---|---|
| **2120 - Served** | **2121 - Served** |
| **2220 - Not Served** | **2221 - Not Served** |
| **2320 - Served By Mail** | **2321 - Served By Mail** |
| **2420 - Served By Publication** | **2421 - Served By Publication** |
| **SUMMONS** | **ALIAS - SUMMONS** (2-81) CCG-1 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
                                   )
               Plaintiffs, )

     -vs- )

ALPHABET HOLDING COMPANY, Inc., )
a Delaware Corporation d/b/a NATURE'S )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY, )
                                   )
              Defendants. )

2014L006561
CALENDAR/ROOM B
TIME 00:00
Product Liability

No.

Please serve:
NBTY, Inc.
r/a Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

### SUMMONS

To each defendant:

     YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

     This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

                       WITNESS.................................................., 2014

DOROTHY BROWN
CLERK OF CIRCUIT COURT
JUN 19 2014
Clerk of Court

Atty No. 30900
Name THE DERATANY FIRM
Attorneys for Plaintiff
Address 221 N LaSalle Street, Suite 2200
City Chicago, Illinois 60601
Telephone (312) 857-7285

Date of service................................., 2014
(to be inserted by officer on copy
left with defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS**          (2-81) CCG-1 |

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
)
)
)
            Plaintiffs, )
)
   -vs- )
)
ALPHABET HOLDING COMPANY, Inc., )
a Delaware Corporation d/b/a NATURE'S )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY, )
)
            Defendants. )

No.

**2014L006561**
**CALENDAR/ROOM B**
**TIME 00:00**
**Product Liability**

Please serve:
**NBTY, Inc.**
r/a Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

### SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

                         DOROTHY BROWN
       WITNESS...............................CLERK OF COURT, 2014

JUN 19 2014

                         Clerk of Court

Atty No. 30900
Name THE DERATANY FIRM
Attorneys for Plaintiff
Address 221 N LaSalle Street, Suite 2200
City Chicago, Illinois 60601
Telephone (312) 857-7285

Date of service.....................................2014
(to be inserted by officer on copy
left with defendant or other person)

      DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
                                  )
                                  )
         Plaintiffs,            )    No.
                                  )
       -vs-                       )
                                  )
ALPHABET HOLDING COMPANY, Inc., )
a Delaware Corporation d/b/a NATURE'S )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY,)
                                  )
         Defendants.         )

2014L006561
CALENDAR/ROOM B
TIME 00:00
Product Liability

## COMPLAINT AT LAW

Now Comes the plaintiff, IOAN GYULAI, as special administrator of the estate of

DIANA GYULAI, deceased and complaining of the defendant, ALPHABET HOLDING

COMPANY, Inc., a Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc.; NBTY, Inc., an

Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY, Inc., a

Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc.; NBTY MANUFACTURING, LLC,

an Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY, Inc.,

a Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc, states as follows:

      1.      At all relevant times the defendants, ALPHABET HOLDING COMPANY, INC.

d/b/a NATURE'S BOUNTY (hereinafter NATURE'S BOUNTY) was a Delaware

Corporation with its principal place of business in Ronkonoma, New York, and was the direct

parent of NBTY, Inc., an Illinois Corporation, individually and as agent of ALPHABET

HOLDING COMPANY, Inc., a Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc.;

NBTY MANUFACTURING, LLC, an Illinois Corporation, individually and as agent of

ALPHABET HOLDING COMPANY, Inc., a Delaware Corporation, d/b/a NATURE'S

BOUNTY, Inc, which sold and distributed throughout the world, vitamins and health

supplements to the public at large.

    2.     That at all relevant times NATURE'S BOUNTY manufactured, sold and

distributed throughout the United States a product commonly known and sold under the name

of "Complete PMS Support Complex."

    3.     That said product was marketed as a supplement to aid in the reduction of

symptoms known to be associated with "premenstrual syndrome" (PMS).

    4.     That said product contains among other compounds, borage oil.

    5.     That borage oil is known to lower the seizure threshold of individuals suffering

from epilepsy and other seizure disorders and is commonly known to cause harmful

interactions with anticonvulsant drugs.

    6.     That at all relevant times the decedent, DIANA GYULAI, was suffering from

seizure disorder for which she was medicated using anticonvulsant drugs.

    7.     That on or about September 23, 2012, the decedent purchased a bottle of Complete

PMS Support from a Walgreens Pharmacy (store # 4611) located in Glenview, Illinois.

    8.     That at all relevant times the decedent began taking two capsules per day of the

aforementioned product beginning on or about September 23, 2012.

    9.     That on or about October 15, 2012, DIANA GYULAI was found dead at her

residence located at 1104 Bette Lane, Glenview, Illinois.

10. That the cause of death was determined to be secondary to a seizure.

11. That at all relevant times the defendant, NATURE'S BOUNTY, had a duty of reasonable care to the plaintiff's decedent and the public at large in the design of Complete PMS Support Complex and a duty to warn of obvious and latent and potentially life threatening side effects.

12. That the defendant breached that duty in one or more of the following ways:

    a. Failed to provide an on label warning pertaining to the properties of borage oil's tendency to lower the seizure threshold for epileptics;

    b. Failed to provide an on label interaction warning pertaining to borage oil's interactive properties with respect to anticonvulsant medications;

    c. Designed, manufactured and distributed an unreasonably dangerous supplement.

13. IOAN GYULAI is the duly appointed Special Adminstrator of the Estate of DIANA GYULAI Deceased, and this wrongful death action is brought on behalf of the Estate of DIANA GYULAI, pursuant to 740 ILCS 180/1 and 740 ILCS 180/2.

14. That on or about October 15, 2012, DIANA GYULAI left surviving her:

    IOAN GYULAI    *father*

    ANA GYULAI    *mother*

all of whom have suffered pecuniary loss, including grief and sorrow and loss of society as a result of DIANA GYULAI's death.

15. That as a direct and proximate result of one or more of the foregoing acts or omissions, perpetrated on the part of the defendant, NATURE'S BOUNTY, DIANA GYULAI came to her death on October 15, 2012.

WHEREFORE, the Plaintiff, IOAN GYULAI, as special administrator of the estate of DIANA GYULAI prays for judgment against the Defendant, NATURE'S BOUNTY, for an amount in excess of the minimal jurisdictional limits of the Law Division of the Circuit Court of Cook County, Fifty Thousand Dollars ($50,000.00) plus the costs of this lawsuit.

Respectfully Submitted,

By: _____

One of the Attorneys for Plaintiff

THE DERATANY FIRM
221 N LaSalle Street
Suite 2200
Chicago, IL 60601
(312) 857-7285
Attorney No. 30900

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
)
)
Plaintiffs, )    No.
)
-vs- )
)
ALPHABET HOLDING COMPANY, Inc., )
a Delaware Corporation d/b/a NATURE'S )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY,)
)
Defendants. )

## JURY DEMAND

The undersigned demands trial by jury.

THE DERATANY FIRM

_____
Attorney for Plaintiff

THE DERATANY FIRM
221 N. LaSalle Street, Suite 2200
Chicago, Illinois 60601
312-857-7285 ID No. 30900

# COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

| STATE FILE NUMBER 2012 0077308 | MEDICAL EXAMINER'S CASE NUMBER : 242 OCT 12 | DATE ISSUED 2/5/2014 |
|---|---|---|

| DECEDENT'S LEGAL NAME DIANA GYULAI | | SEX FEMALE | DATE OF DEATH OCTOBER 15, 2012 |
|---|---|---|---|

| COUNTY OF DEATH COOK | AGE AT LAST BIRTHDAY REDACTED | DATE OF BIRTH REDACTED |
|---|---|---|

| CITY OR TOWN GLENVIEW | HOSPITAL OR OTHER INS. 1104 BETTE LANE |
|---|---|

| PLACE OF DEATH DECEDENT'S HOME |
|---|

| BIRTHPLACE EVANSTON, IL | SOCIAL SECURITY NUMBER REDACTED | STATUS AT TIME OF DEATH: NEVER MARRIED/NEVER IN CIVIL UNION | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? NO |
|---|---|---|---|---|

| RESIDENCE 1104 BETTE LANE | | | CITY OR TOWN GLENVIEW | INSIDE CITY LIMITS? YES |
|---|---|---|---|---|

| COUNTY COOK | STATE IL | ZIP CODE 60025 | FATHER'S/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION IOAN GYULAI | MOTHER'S/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION ANA HASA |
|---|---|---|---|---|

| INFORMANT'S NAME PEGGY SCHWARTZ | RELATIONSHIP MEDICAL RECORDS | MAILING ADDRESS 2121 W HARRISON, CHICAGO, IL, 60612 |
|---|---|---|

| METHOD OF DISPOSITION CREMATION | PLACE OF DISPOSITION NORTH SHORE CREMATION CARE, LLC | LOCATION - CITY OR TOWN AND STATE SKOKIE, IL | DATE OF DISPOSITION OCTOBER 22, 2012 |
|---|---|---|---|

| FUNERAL HOME N.H. SCOTT & HANEKAMP, 1240 WAUKEGAN ROAD, GLENVIEW, IL, 60025 |
|---|

| FUNERAL DIRECTOR'S NAME ELIZABETH WALLER | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER REDACTED |
|---|---|

| LOCAL REGISTRAR'S NAME DAVID ORR | DATE FILED WITH LOCAL REGISTRAR DECEMBER 21, 2012 |
|---|---|

| CAUSE OF DEATH | PART I. | SEIZURE DISORDER | |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. | | |
| | b. | Due to (or as a consequence of): | |
| | c. | Due to (or as a consequence of): | |
| | d. | Due to (or as a consequence of): | |

| PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | WAS AN AUTOPSY PERFORMED? YES |
|---|---|
| | WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH YES |

| FEMALE PREGNANCY STATUS UNKNOWN | MANNER OF DEATH NATURAL |
|---|---|

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|

| LOCATION OF INJURY |
|---|

| DESCRIBE HOW INJURY OCCURRED: | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED OCTOBER 15, 2012 | TIME OF DEATH 07:27 AM |
|---|---|---|---|---|

| CERTIFIER MEDICAL EXAMINER/CORONER | DATE CERTIFIED DECEMBER 21, 2012 |
|---|---|

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH STEPHEN J CINA, M.D., 2121 W HARRISON ST, CHICAGO, IL, 60612 | PHYSICIAN'S LICENSE NUMBER |
|---|---|

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.



*David Orr*

David Orr
Cook County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
)
)
Plaintiffs, )          No.
)
-vs- )
)
ALPHABET HOLDING COMPANY, Inc., )
a Delaware Corporation d/b/a NATURE'S )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY,)
)
Defendants. )

2014L006561
CALENDAR/ROOM B
TIME 00:00
Product Liability

## PETITION TO APPOINT SPECIAL ADMINISTRATOR FOR THE PURPOSE OF PURSUING A WRONGFUL DEATH ACTION

NOW COMES petitioner, Ioan Gyulai, and petitions, pursuant to 740 ILCS 180/2.1, to be appointed Special Administrator of the Estate of Diana Gyulai, deceased. In support thereof, petitioner states:

1.    Diana Gyulai died as a result of injuries sustained on October 15, 2012, allegedly as a result of the negligence of the above named defendants.

2.    Petitioner Ioan Gyulai is the father of decedent and is a person entitled to recover under the Wrongful Death Act.

3.    Decedent left surviving the following persons:

   a.    Ioan Gyulai  (father)

   b.    Ana Gyulai  (mother)

1

4.      The only asset of the decedent's estate is a cause of action against the above-named defendants arising under the Wrongful Death Act.

5.      No petition for letters of office of this estate has been filed.

6.      Upon appointment of petitioner as special administrator of decedent's estate, petitioner will ask leave to file a complaint at law under the Wrongful Death Act against the above named defendants.

7.      Petitioner is competent to act in the capacity of administrator and meets the criteria set forth in 755 ILCS 5/9-1.

8.      That the next of Kin in paragraph 3 are the only persons entitled to a recovery under the Wrongful Death Act.

9.      That Ioan Gyulai is one of Diana Gyulai's next of kin, and has volunteered to act as special administrator for Diana Gyulai's Estate, in the prosecution of the wrongful death action and the survived cause of action for damages to decedent's person. That Ana Gyulai, decedent's only other next of kin, has been given notice that Ioan Gyulai wishes to be appointed as Administrator of Diana Gyulai's Estate. There are no other heirs or legatees outside of those identified in paragraph 3.

WHEREFORE, petitioner prays that, after such notice to the party's heirs as the court directs, petitioner, Ioan Gyulai, be appointed Special Administrator of the Estate of Diana Gyulai, deceased, and that a wrongful death action be filed pursuant to 740 ILCS 180/2.1 under this court number.

2

Respectfully Submitted,

One of the Attorneys for Plaintiff

THE DERATANY FIRM
221 N. LaSalle Street, Suite 2200
Chicago, Illinois 60601
312-857-7285    ID No. 30900

## VERIFICATION PURSUANT TO SECTION 1-109

Under penalties as provided by law, pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies, as aforesaid, that he verily believes the same to be true.

Dated: 6-16-2014

Ioan Gyulai

Dated: 6-16-2014

Ana Gyulai

3

**THE DERATANY FIRM.**

## Motion to Appoint Special Administrator

**Megan O'Connor** <moconnor@lawinjury.com>  
To: gyulai <gyulai@sbcglobal.net>

Thu, Jun 19, 2014 at 9:46 AM

Mr. & Mrs. Gyulai:

I just wanted to update you to let you know that our Motion to Appoint Mr. Gyulai as Special Administrator of Diana's Estate is up today at 11:30AM at the Daley Center in Room 2005. We will be appearing on your behalf; however, the Court requires that all heirs have notice of the hearing, so I am sending you this email to satisfy that requirement.

If you have any questions, please do not hesitate to contact me.

Best,

Megan

--
**Megan S. O'Connor**  
*Attorney at Law*  
The Deratany Firm  
221 N. LaSalle Street  
Suite 2200  
Chicago, IL 60601

(p) 312.857.7285  
(f) 312.857.2004

moconnor@lawinjury.com  
http://www.lawinjury.com/team/megan-oconnor/

*All communications with clients are specifically protected under the attorney-client privilege. This e-mail may therefore be confidential and protected by legal privilege. If you are not the intended recipient, disclosure or distribution are prohibited, and we would ask that you please notify us immediately and delete this e-mail.*

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
                                                )
                                       Plaintiffs, )     No.
                                                )            2014L006561
     -vs-                            )           CALENDAR/ROOM B
                                                  )           TIME 00:00
ALPHABET HOLDING COMPANY, Inc., )    Product Liability
a Delaware Corporation d/b/a NATURE'S )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY,) )
                                  )
                       Defendants. )

## ORDER

THIS CAUSE COMING TO BE HEARD on Plaintiff, IOAN GYULAI, as Special
Administratrix of the Estate of DIANA GYULAI, Motion to Appoint IOAN GYULAI as Special
Administratrix of the Estate of DIANA GYULAI, due notice given to decedent's next of kin and the
court fully advised.

IT IS HEREBY ORDERED:

1.  Plaintiff's Motion is hereby granted, appointing IOAN GYULAI, as Special Administratrix
    of the Estate of DIANA GYULAI.

2.  Heirs and Legatees have been given notice.

                     ENTER: _____
                                 Judge            No.

                                    _____
                                     Date

DERATANY FIRM                        Judge James P. Flannery, Jr.
Attorney for Plaintiff
221 N. LaSalle
Suite 2200                              JUN 19 2014
Chicago, IL 60601
(312) 857-7285                       Circuit Court – 1505
Attorney No. 30900

Copies of all process, pleadings, and orders <u>served upon Defendant NBTY Manufacturing, LLC</u> in the lawsuit captioned *Gyulai v. Alphabet Holding Company, Inc., et al.*, Case No. 2014L006561, in the Circuit Court of Cook County, Illinois, Law Division.

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS**     (2-81) CCG-1 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
                                 )
                                 )
                   Plaintiffs, )
                                 )
       -vs- )
                                   )
ALPHABET HOLDING COMPANY, Inc., )
a Delaware Corporation d/b/a NATURE'S )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY, )
                                 )
                   Defendants. )

2014L006561
CALENDAR/ROOM B
TIME 00:00
Product Liability

No.

Please serve:
NBTY Manufacturing, LLC
r/a Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

### SUMMONS

To each defendant:

       YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

       This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS................................

DOROTHY BROWN
CLERK OF CIRCUIT COURT

JUN 19 2014

Clerk of Court

[SEAL]

Atty No. 30900
Name THE DERATANY FIRM
Attorneys for Plaintiff
Address 221 N LaSalle Street, Suite 2200
City Chicago, Illinois 60601
Telephone (312) 857-7285

Date of service.................................., 2014
(to be inserted by officer on copy
left with defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** (2-81) CCG-1 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )   2014L006561
             )   CALENDAR/ROOM B
             )   TIME 00:00
             )   Product Liability
     Plaintiffs,    ) No.
             )
  -vs-         ) Please serve:
             ) **NBTY Manufacturing, LLC**
ALPHABET HOLDING COMPANY, Inc., ) r/a Illinois Corporation Service Company
a Delaware Corporation d/b/a NATURE'S ) 801 Adlai Stevenson Drive
BOUNTY; NBTY, Inc., an Illinois Corporation, ) Springfield, IL 62703
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois  Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY, )
             )
    Defendants.   )

### SUMMONS

To each defendant:

   YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

   This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

            DOROTHY BROWN
       WITNESS **CLERK OF CIRCUIT COURT** , 2014

    JUN 18 2014    Clerk of Court

            SEAL

Atty No. 30900
Name THE DERATANY FIRM    Date of service ........................., 2014
Attorneys for Plaintiff       (to be inserted by officer on copy
Address 221 N LaSalle Street, Suite 2200  left with defendant or other person)
City Chicago, Illinois 60601
Telephone (312) 857-7285

   DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| **SUMMONS** | **ALIAS - SUMMONS** | (2-81) CCG-1 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
                                     )
                                     )
                   Plaintiffs, )
                                     )
    -vs-                               )
                                     )
ALPHABET HOLDING COMPANY, Inc., )
a Delaware Corporation d/b/a NATURE'S )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY, )
                                   )
                 Defendants. )

No.     2014L006561
          CALENDAR/ROOM B
          TIME 00:00
          Product Liability

Please serve:
**NBTY Manufacturing, LLC**
r/a Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

### SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

                   WITNESS. DOROTHY BROWN 2014

       JUN 19 2014

                            Clerk of Court

Atty No. 30900
Name THE DERATANY FIRM          Date of service.                2014
Attorneys for Plaintiff                (to be inserted by officer on copy
Address 221 N LaSalle Street, Suite 2200     left with defendant or other person)
City Chicago, Illinois 60601
Telephone (312) 857-7285

       DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
                                  )
                                  )
        Plaintiffs, )      No.
                                  )
    -vs- )
                                    )
ALPHABET HOLDING COMPANY, Inc., )
a Delaware Corporation d/b/a NATURE'S )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET )
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY,)
                                  )
        Defendants. )

2014L006561
CALENDAR/ROOM B
TIME 00:00
Product Liability

## COMPLAINT AT LAW

Now Comes the plaintiff, IOAN GYULAI, as special administrator of the estate of

DIANA GYULAI, deceased and complaining of the defendant, ALPHABET HOLDING

COMPANY, Inc., a Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc.; NBTY, Inc., an

Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY, Inc., a

Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc.; NBTY MANUFACTURING, LLC,

an Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY, Inc.,

a Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc, states as follows:

    1.      At all relevant times the defendants, ALPHABET HOLDING COMPANY, INC.

d/b/a NATURE'S BOUNTY (hereinafter NATURE'S BOUNTY) was a Delaware

Corporation with its principal place of business in Ronkonoma, New York, and was the direct

parent of NBTY, Inc., an Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY, Inc., a Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc.; NBTY MANUFACTURING, LLC, an Illinois Corporation, individually and as agent of ALPHABET HOLDING COMPANY, Inc., a Delaware Corporation, d/b/a NATURE'S BOUNTY, Inc, which sold and distributed throughout the world, vitamins and health supplements to the public at large.

2.      That at all relevant times NATURE'S BOUNTY manufactured, sold and distributed throughout the United States a product commonly known and sold under the name of "Complete PMS Support Complex."

3.      That said product was marketed as a supplement to aid in the reduction of symptoms known to be associated with "premenstrual syndrome" (PMS).

4.      That said product contains among other compounds, borage oil.

5.      That borage oil is known to lower the seizure threshold of individuals suffering from epilepsy and other seizure disorders and is commonly known to cause harmful interactions with anticonvulsant drugs.

6.      That at all relevant times the decedent, DIANA GYULAI, was suffering from seizure disorder for which she was medicated using anticonvulsant drugs.

7.      That on or about September 23, 2012, the decedent purchased a bottle of Complete PMS Support from a Walgreens Pharmacy (store # 4611) located in Glenview, Illinois.

8.      That at all relevant times the decedent began taking two capsules per day of the aforementioned product beginning on or about September 23, 2012.

9.      That on or about October 15, 2012, DIANA GYULAI was found dead at her residence located at 1104 Bette Lane, Glenview, Illinois.

10.     That the cause of death was determined to be secondary to a seizure.

11.     That at all relevant times the defendant, NATURE'S BOUNTY, had a duty of reasonable care to the plaintiff's decedent and the public at large in the design of Complete PMS Support Complex and a duty to warn of obvious and latent and potentially life threatening side effects.

12.     That the defendant breached that duty in one or more of the following ways:

    a.  Failed to provide an on label warning pertaining to the properties of borage oil's tendency to lower the seizure threshold for epileptics;

    b.  Failed to provide an on label interaction warning pertaining to borage oil's interactive properties with respect to anticonvulsant medications;

    c.  Designed, manufactured and distributed an unreasonably dangerous supplement.

13.     IOAN GYULAI is the duly appointed Special Adminstrator of the Estate of DIANA GYULAI Deceased, and this wrongful death action is brought on behalf of the Estate of DIANA GYULAI, pursuant to 740 ILCS 180/1 and 740 ILCS 180/2.

14.     That on or about October 15, 2012, DIANA GYULAI left surviving her:

        IOAN GYULAI    *father*

        ANA GYULAI    *mother*

all of whom have suffered pecuniary loss, including grief and sorrow and loss of society as a result of DIANA GYULAI's death.

15.     That as a direct and proximate result of one or more of the foregoing acts or omissions, perpetrated on the part of the defendant, NATURE'S BOUNTY, DIANA GYULAI came to her death on October 15, 2012.

WHEREFORE, the Plaintiff, IOAN GYULAI, as special administrator of the estate of DIANA GYULAI prays for judgment against the Defendant, NATURE'S BOUNTY, for an amount in excess of the minimal jurisdictional limits of the Law Division of the Circuit Court of Cook County, Fifty Thousand Dollars ($50,000.00) plus the costs of this lawsuit.

Respectfully Submitted,

By: _____
One of the Attorneys for Plaintiff

THE DERATANY FIRM
221 N LaSalle Street
Suite 2200
Chicago, IL 60601
(312) 857-7285
Attorney No. 30900

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| IOAN GYULAI, as special administrator<br>of the Estate of DIANA GYULAI, deceased, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | No. |
| | ) | |
| -vs- | ) | |
| | ) | |
| ALPHABET HOLDING COMPANY, Inc., | ) | |
| a Delaware Corporation d/b/a NATURE'S | ) | |
| BOUNTY; NBTY, Inc., an Illinois Corporation, | ) | |
| individually and as agent of ALPHABET | ) | |
| HOLDING COMPANY Inc. d/b/a NATURE'S | ) | |
| BOUNTY; NBTY MANUFACTURING, LLC, an | ) | |
| Illinois Corporation, individually and as agent of | ) | |
| ALPHABET HOLDING COMPANY, INC., a | ) | |
| Delaware Corporation d/b/a NATURE'S BOUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

**JURY DEMAND**

The undersigned demands trial by jury.

THE DERATANY FIRM

_____
Attorney for Plaintiff

THE DERATANY FIRM
221 N. LaSalle Street, Suite 2200
Chicago, Illinois   60601
312-857-7285   ID No. 30900

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED B - 13
2014 JUN 19 AM 11: 39

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
)
)
Plaintiffs, )          No.
)
-vs- )
)
ALPHABET HOLDING COMPANY, Inc., )          2014L006561
a Delaware Corporation d/b/a NATURE'S )          CALENDAR/ROOM B
BOUNTY; NBTY, Inc., an Illinois Corporation, )          TIME 00:00
individually and as agent of ALPHABET )          Product Liability
HOLDING COMPANY Inc. d/b/a NATURE'S )
BOUNTY; NBTY MANUFACTURING, LLC, an )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a )
Delaware Corporation d/b/a NATURE'S BOUNTY,)
)
Defendants. )

## PETITION TO APPOINT SPECIAL ADMINISTRATOR FOR THE PURPOSE OF PURSUING A WRONGFUL DEATH ACTION

NOW COMES petitioner, Ioan Gyulai, and petitions, pursuant to 740 ILCS 180/2.1, to be appointed Special Administrator of the Estate of Diana Gyulai, deceased. In support thereof, petitioner states:

1.     Diana Gyulai died as a result of injuries sustained on October 15, 2012, allegedly as a result of the negligence of the above named defendants.

2.     Petitioner Ioan Gyulai is the father of decedent and is a person entitled to recover under the Wrongful Death Act.

3.     Decedent left surviving the following persons:

    a.     Ioan Gyulai   (father)

    b.     Ana Gyulai   (mother)

1

# COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

| STATE FILE NUMBER 2012 0077396 | MEDICAL EXAMINER'S CASE NUMBER 242 OCT 12 | DATE ISSUED 2/5/2014 |
|---|---|---|

| DECEDENT'S LEGAL NAME DIANA GYULAI | SEX FEMALE | DATE OF DEATH OCTOBER 15, 2012 |
|---|---|---|

| COUNTY OF DEATH COOK | AGE AT LAST BIRTHDAY REDACTED | DATE OF BIRTH REDACTED |
|---|---|---|

| CITY OR TOWN GLENVIEW | HOSPITAL OR OTHER INSTITUTION NAME 1104 BETTE LANE |
|---|---|

| PLACE OF DEATH DECEDENT'S HOME |
|---|

| BIRTHPLACE EVANSTON, IL | SOCIAL SECURITY NUMBER REDACTED | STATUS AT TIME OF DEATH NEVER MARRIED/NEVER IN CIVIL UNION | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? NO |
|---|---|---|---|---|

| RESIDENCE 1104 BETTE LANE | APT. NO. | CITY OR TOWN GLENVIEW | INSIDE CITY LIMITS? YES |
|---|---|---|---|

| COUNTY COOK | STATE IL | ZIP CODE 60025 | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION IOAN GYULAI | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION ANA HASA |
|---|---|---|---|---|

| INFORMANT'S NAME PEGGY SCHWARTZ | RELATIONSHIP MEDICAL RECORDS | MAILING ADDRESS 2121 W HARRISON, CHICAGO, IL, 60612 |
|---|---|---|

| METHOD OF DISPOSITION CREMATION | PLACE OF DISPOSITION NORTH SHORE CREMATION CARE, LLC | LOCATION - CITY OR TOWN AND STATE. SKOKIE, IL | DATE OF DISPOSITION OCTOBER 22, 2012 |
|---|---|---|---|

| FUNERAL HOME N.H. SCOTT & HANEKAMP, 1240 WAUKEGAN ROAD, GLENVIEW, IL, 60025 |
|---|

| FUNERAL DIRECTOR'S NAME ELIZABETH WALLER | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER REDACTED |
|---|---|

| LOCAL REGISTRAR'S NAME DAVID ORR | DATE FILED WITH LOCAL REGISTRAR DECEMBER 21, 2012 |
|---|---|

| CAUSE OF DEATH | PART I. SEIZURE DISORDER |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. |
| | Due to (or as a consequence of): |
| | b. |
| | Due to (or as a consequence of): |
| | c. |
| | Due to (or as a consequence of): |

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

| PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | WAS AN AUTOPSY PERFORMED? YES |
|---|---|
| | WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? YES |

| FEMALE PREGNANCY STATUS UNKNOWN | MANNER OF DEATH NATURAL |
|---|---|

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|

| LOCATION OF INJURY |
|---|

| DESCRIBE HOW INJURY OCCURRED | IF TRANSPORTATION INJURY, SPECIFY |
|---|---|

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED OCTOBER 15, 2012 | TIME OF DEATH 07:27 AM |
|---|---|---|---|---|

| CERTIFIER MEDICAL EXAMINER/CORONER | DATE CERTIFIED DECEMBER 21, 2012 |
|---|---|

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH STEPHEN J CINA, M.D., 2121 W HARRISON ST, CHICAGO, IL 60612 | PHYSICIAN'S LICENSE NUMBER |
|---|---|

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.



David Orr
Cook County Clerk

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

IOAN GYULAI, as special administrator )
of the Estate of DIANA GYULAI, deceased, )
                                         )
                                         )
            Plaintiffs,                  )      No.
                                         )
                                         )        2014L006561
    -vs-                                 )        CALENDAR/ROOM B
                                         )        TIME 00:00
ALPHABET HOLDING COMPANY, Inc.,          )        Product Liability
a Delaware Corporation d/b/a NATURE'S    )
BOUNTY; NBTY, Inc., an Illinois Corporation, )
individually and as agent of ALPHABET    )
HOLDING COMPANY Inc. d/b/a NATURE'S      )
BOUNTY; NBTY MANUFACTURING, LLC, an      )
Illinois Corporation, individually and as agent of )
ALPHABET HOLDING COMPANY, INC., a        )
Delaware Corporation d/b/a NATURE'S BOUNTY,) )
                                         )
            Defendants.                  )

## ORDER

THIS CAUSE COMING TO BE HEARD on Plaintiff, IOAN GYULAI, as Special
Administratrix of the Estate of DIANA GYULAI, Motion to Appoint IOAN GYULAI as Special
Administratrix of the Estate of DIANA GYULAI, due notice given to decedent's next of kin and the
court fully advised.

IT IS HEREBY ORDERED:

1. Plaintiff's Motion is hereby granted, appointing IOAN GYULAI, as Special Administratrix
   of the Estate of DIANA GYULAI.

2. Heirs and Legatees have been given notice.

                    ENTER: _____

                            Judge                    No.

                            _____
                            Date

DERATANY FIRM
Attorney for Plaintiff              Judge James P. Flannery, Jr.
221 N. LaSalle
Suite 2200                               JUN 19 2014
Chicago, IL 60601
(312) 857-7285                      Circuit Court – 1505
Attorney No. 30900